IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VELMA PRESTON,

    Plaintiff,
v.                                                                           CASE NO. 1:05-cv-00018-MP-WCS

JO ANNE B BARNHART,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner to deny Plaintiff's application for Social Security benefits be affirmed. Objections to Report and Recommendation were due by December 6, 2005, but none were filed. The undersigned has reviewed the thorough Report and Recommendation and agrees with the Magistrate Judge that the medical evidence and testimony of the claimant provides substantial evidence supporting the decision of the Administrative Law Judge to discount plaintiff's subjective testimony of pain. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

        The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is affirmed.

    **DONE AND ORDERED** this   *4th* day of January, 2006

                                  *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge